IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24-27-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| EMMA JEWELL KING, | |
| Defendant. | |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that sentencing currently scheduled for Friday,

January 31, 2025, at 2:30 p.m., is **VACATED** and **RESET** to commence on

**Friday, May 2, 2025 at 10:30 a.m.** in the James F. Battin U.S. Courthouse,

Billings, Montana.

All parties that intend to have witnesses testify at sentencing shall give

notice to this Court ten (10) days prior to the sentencing date.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 27 day of January, 2025.

*Susan P. Watters*

SUSAN P. WATTERS
United States District Judge

1